IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY as subrogee of WILLARD and KIRSTEN GRAHAM | ) ) ) ) ) | CIVIL ACTION NO.: |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JURY DEMANDED** |
| TITEFLEX CORPORATION | ) ) | |
| Defendant. | | JUNE 30, 2014 |

## COMPLAINT

NOW COMES the Plaintiff, Allstate Property and Casualty Insurance Company, as subrogee of Willard and Kirsten Graham, by and through its attorneys, as and for its Complaint against the Defendant, Titeflex Corporation, states as follows:

## PARTIES

1. The Plaintiff, Allstate Property and Casualty Insurance Company ("Allstate") is an Illinois corporation, with its principal place of business at 2775 Sanders Road, Northbrook, Illinois, which, at all times material hereto, was authorized to conduct business and issue insurance policies in the State of Connecticut.

2. The Plaintiff's insureds, Willard and Kirsten Graham ("Grahams"), are the owners of a home located at 506 West Beechtree Lane, Wayne, Pennsylvania ("Subject Residence"). At all times relevant and material hereto, Allstate had in force and effect a policy of insurance issued to the Grahams, that provided insurance at the Subject Residence.

3. The Defendant, Titeflex Corporation ("Titeflex"), is a Connecticut corporation with a principal place of business located at 603 Hendee Street, Springfield, Massachusetts,

which maintains a registered agent at CT Corporation System, One Corporate Center, 11th Floor, Hartford, Connecticut. At all times relevant, Titeflex was in the business of manufacturing and distributing, *inter alia*, corrugated stainless steel tubing used to transport natural gas and propane in residential homes.

4. At all relevant times, the Defendant Titeflex was registered to conduct business in State of Connecticut and maintains an agent for service within the State of Connecticut.

## JURISDICTION AND VENUE

5. Jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S.C. §1332. The matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

6. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1391(b), as the defendant is incorporated in and resides in the State of Connecticut.

## COMMON ALLEGATIONS

7. The Subject Residence featured a propane gas distribution system which utilized corrugated stainless steel tubing ("CSST") to transport the propane gas to appliances, to include a fireplace unit located on the first floor.

8. The CSST installed in the Subject Residence was manufactured by the Defendant Titeflex.

9. On or about August 21, 2011, a thunderstorm moved into the area of the Subject Residence, accompanied by rain and lightning.

10. During the August 21, 2011 thunderstorm, lightning hit at or near the Subject Residence. The energy from the lightning strike, in attempting to travel to ground, migrated to the CSST which perforated, releasing propane gas. The heat from the melting event simultaneously ignited the escaping gas, causing a fire ("the fire") which substantially damaged the Subject Residence and the Grahams' real and personal property.

11. As a result of the fire, the Grahams duly made claims to Allstate pursuant to their policy of insurance, and Allstate has reimbursed the Grahams for those claims in an amount in excess of $385,699.00. As such, Allstate is legally, equitably and contractually subrogated to the claims of the Grahams against any responsible third party, including the Defendant Titeflex.

**COUNT I
PLAINTIFF v. TITEFLEX
<u>PRODUCTS LIABILITY</u>**

12. The Plaintiff incorporates paragraphs one (1) through eleven (11) as though fully set forth herein.

13. The CSST was not abused or altered in any way by the Plaintiff's insureds from the condition in which it was manufactured and supplied by the Defendant.

14. The Defendant is liable and legally responsible to the Plaintiff for the Plaintiff's insureds' injuries caused by the fire by virtue of Connecticut General Statutes Section 52-572 (m) et. seq. in one or more of the following respects:

    a. the CSST was in a defective and unreasonably dangerous condition;

    b. the Defendant designed, manufactured and sold the CSST in a condition that it knew, or should have known, subjected the property of others to foreseeable and unreasonable risk of harm;

    c. the Defendant designed and manufactured the CSST in a condition that was nor merchantable or fit for the purpose for which such products are ordinarily and foreseeable use;

    d. the Defendant failed to provide proper and adequate warnings regarding the hazards associated with the foreseeable and ordinary use of the CSST;

    e. the Defendant failed to design the CSST so that foreseeable failures of the CSST and its components would not present a fire hazard;

    f. the Defendant negligently designed and manufactured the CSST;

    g. the Defendant was negligent in failing to properly and adequately test the CSST prior to marketing it; and,

    h. the Defendant breached the implied warranty of merchantability in that the CSST was not merchantable for its intended purpose.

15. As a direct result of the Defendant's liability pursuant to Connecticut General Statutes Section 52-572 (m), the fire of August 21, 2011 occurred, resulting in damage to the Plaintiff's insureds' property.

WHEREFORE, the Plaintiff, Allstate Property and Casualty Insurance Company, as subrogee of Willard and Kirsten Graham, respectfully requests that this Court enter judgment in its favor and against the Defendant Titeflex, Inc. in an amount in excess of $385,699.00, together with interest and the costs of this action.

## JURY DEMAND

The Plaintiff hereby demands a jury trial on all issues triable as of right by a jury.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF, BY:

_____
Stuart G. Blackburn #ct00686
Stuart G. Blackburn, Esq.
Blackburn & O'Hara, LLC
Two Concorde Way
P. O. Box 608
Windsor Locks, CT  06096
(860) 292-1116
Fax:  (860) 292-1221
#ct00686

**OF COUNSEL:**
Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

4