IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY as subrogee of WILLARD and KIRSTEN GRAHAM<br><br>        Plaintiff,<br>  v.<br><br>TITEFLEX CORPORATION<br><br>        Defendant. | CIVIL ACTION NO.: 3:14 cv 945 MPS |

### DEFENDANT TITEFLEX CORPORATION, GASTITE DIVISION'S MOTION TO DISMISS

The Defendant Titeflex Corporation, Gastite Division ("Titeflex") hereby moves to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and under the common law doctrine of *forum non conveniens*.

Specifically, Plaintiff's Complaint must be dismissed for failure to state a claim upon which relief can be granted under Rule 12(b)(6) because, while it only asserts a claim under Connecticut law, no such law exists in this case; only Pennsylvania law may govern Plaintiff's claims. In addition, Plaintiff's Complaint must be dismissed under the common law doctrine of *forum non conveniens* because Pennsylvania – not Connecticut – is the proper forum for this lawsuit.

In further support of its Motion, Titeflex files herewith and incorporates by reference its Memorandum of Law in Support of Titeflex Corporation, Gastite Division's Motion to Dismiss and the Declaration of Carl Switzer in Support of Titeflex's Motion to Dismiss.

**DEFENDANT REQUESTS ORAL ARGUMENT**

WHEREFORE, Titeflex respectfully requests that the Court dismiss the Complaint and enter judgment in its favor.

Dated: September 18, 2014

Respectfully submitted,

The Defendant,
TITEFLEX CORPORATION, GASTITE DIVISION
By Its Attorneys:

/s/George W. Marion
George W. Marion – Federal No. CT11442
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P. O. Box 15507
Springfield, MA  01115
Tel. (413) 272-6249 / Fax (413) 272-6802
E-mail:  gmarion@bulkley.com

## Certificate of Service

       I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on September 18, 2014

                                        /s/ George W. Marion
                                        George W. Marion

1857133v1