IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY as subrogee of WILLARD and KIRSTEN GRAHAM,<br><br>            Plaintiff<br>    v.<br>TITEFLEX CORPORATION,<br>            Defendant | CIVIL ACTION NO.:  3:14 cv 945 MPS |

### TITEFLEX CORPORATION, GASTITE DIVISION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Titeflex Corporation, Gastite Division ("Titeflex") discloses that Smiths Group International Holdings Ltd. is Titeflex's parent company and owns 100% of Titeflex.  Titeflex further discloses that Smiths Group PLC is the parent company and 100% owner of Smiths Group International Holdings Ltd.

Dated: September 18, 2014    Respectfully submitted,

                                                              The Defendant,
                                                              TITEFLEX CORPORATION, GASTITE
                                                              DIVISION
                                                              By Its Attorneys:


                                                              /s/George W. Marion
                                                              George W. Marion – Federal No. CT11442
                                                              Bulkley, Richardson and Gelinas, LLP
                                                              1500 Main Street, Suite 2700
                                                              P. O. Box 15507
                                                              Springfield, MA  01115
                                                              Tel.  (413) 272-6249 / Fax (413) 272-6802
                                                              E-mail:  gmarion@bulkley.com

## Certificate of Service

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on September 18, 2014

                                          /s/ George W. Marion  
                                          George W. Marion

1856785v1